# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

## DIVISION II

| | |
|---|---|
| In the Matter of the Detention of: | No. 58800-5-II |
| C.A.A., | ORDER GRANTING MOTION FOR RECONSIDERATION AND |
| Appellant. | WITHDRAWING OPINION |

The unpublished opinion in this matter was filed on May 21, 2024. Upon the motion of Respondent for reconsideration filed June 10, 2024, it is hereby

ORDERED that Respondent's motion for reconsideration is GRANTED; the opinion previously filed on May 21, 2024, is withdrawn. A new opinion will be filed in due course.

IT IS SO ORDERED.

_____
PRICE, J.

We concur:

_____
CRUSER, C.J.

_____
MAXA, J.